■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE CABA, Appellant. [657 NYS2d 963] —Appeal by the defendant from a judgment of the County Court, Westchester County (Lange, J.), rendered July 11, 1996, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Although the defendant challenges the procedures employed by the court in determining the amount of restitution he has to pay as part of his sentence, he knowingly, intelligently, and voluntarily waived appellate review of this issue (*see, People v Callahan*, 80 NY2d 273, 280-281; *People v Seaberg*, 74 NY2d 1). Miller, J. P., Thompson, Joy and Luciano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DORIAN CABRERA, Appellant. [657 NYS2d 75] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Egitto, J.), rendered December 8, 1994, convicting him of attempted assault in the first degree (two counts), criminal possession of a weapon in the second degree (two counts), criminal possession of a weapon in the third degree (two counts), and one count of unlawful wearing of a body vest, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Evidence of crimes committed by the deceased codefendant was properly admitted against the defendant. It was offered as background material to complete a narrative of the incident at issue (*see, People v Figueroa*, 211 AD2d 811; *People v Liberatore*, 167 AD2d 425, 426), was intrinsically interwoven with the incident out of which the charges against the defendant arose, and directly related to the crimes charged (*see, People v Crandall*, 67 NY2d 111, 116).

The defendant's remaining contentions, including those raised in his supplemental *pro se* brief, are unpreserved for appellate review or without merit. Rosenblatt, J. P., Miller, Thompson and Friedmann, JJ., concur.